[No. 27198-9-I.  Division One.  April 22, 1991.]

LILLIAN FORMAN, *Respondent*, v. PHILLIP STEVENS, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 88-3-06916-0, Mary Wicks Brucker, J., entered January 9, 1990. *Affirmed* by unpublished opinion per Coleman, J., concurred in by Webster, A.C.J., and Agid, J.

[No. 24381-1-I.  Division One.  April 22, 1991.]

THE STATE OF WASHINGTON, *Respondent*, v. STEVEN CHARLES SPURGEON, ET AL, *Defendants*, ALONZO DAIREY FRENCH, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 89-1-00592-8, Susan R. Agid, J., entered May 26, 1989. *Affirmed* by unpublished opinion per Coleman, J., concurred in by Webster, A.C.J., and Kennedy, J.

[No. 24321-7-I.  Division One.  April 22, 1991.]

THE STATE OF WASHINGTON, *Respondent*, v. RAY YAZZIE, *Appellant*.

Appeal from a judgment of the Superior Court for Snohomish County, No. 89-1-00081-9, Daniel T. Kershner, J., entered June 16, 1989. *Affirmed* by unpublished opinion per Coleman, J., concurred in by Pekelis and Kennedy, JJ.